CARL M. FALLER   SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
559-226-1534


Attorney for Defendant JOSE NEGRETE


# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br>  Plaintiff, </br></br> vs. </br></br> KENDRA CHRISTINE SNOW, </br></br>  Defendant. | No.1:08-cr-0008 LJO </br></br> REQUEST TO EXONERATE PROPERTY BOND; ORDER |

   Defendant Kendra Christine Snow, by and through her undersigned attorney of record, hereby files this Request to Exonerate Property Bond regarding the pretrial release of the above-named defendant.

   The bond upon which defendant Kendra Christine Snow was released was in the amount of $27,000 and was executed by Janice K. Gunderson on the property located at 4209 La Mirada Drive, Bakersfield, California, APN 020-474-06-00-9. The Deed of Trust was executed on March 14, 2008, and recorded on or about March 21, 2008, with the Kern County Recorder.

The basis for this request is that the defendant was released on her personal recognizance and her bond ordered exonerated by the court on June 25, 2008.

DATED:  July 13, 2008

/s/ Carl M. Faller
CARL M. FALLER
Attorney for Defendant
KENDRA CHRISTINE SNOW

**ORDER**

Good cause appearing, the Clerk of the Court is hereby ordered to exonerate the property bond described in detail above, which secured the release of defendant Kendra Christine Snow.

IT IS SO ORDERED.

**Dated:   July 21, 2008**                          /s/ Anthony W. Ishii
CHIEF UNITED STATES DISTRICT JUDGE