CARL M. FALLER  SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
559-226-1534
carl.faller@fallerdefense,com

Attorney for Defendant Kendra Christine Snow

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.:  1:08-cr-00008-002 LJO |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| ) | SENTENCING |
| vs. ) | |
| ) | |
| KENDRA CHRISTINE SNOW, ) | |
| ) | |
| Defendant. ) | |

    It is hereby stipulated by and between the parties hereto, through their respective attorneys or record, as follows:

    The sentencing hearing currently set for October10, 2008, at 9:00 am, before the Honorable Lawrence J. O'Neill, is to be continued to October 31, 2008 at 9:00 am.

    This reason for the continuance is to allow defense counsel additional time to investigate defendant's prior criminal convictions in Kern County, which significantly impact her sentence and to gather additional documentation of defendant's mental health and treatment.

    It is also agreed that any witnesses that the government may wish to call at the hearing for either this defendant, or codefendant Jared James Dooley, will only be required to testify on a single occasion, and, if that testimony takes place on a date other than October 31, 2008,

///

///

defendant stipulates that a transcript or other documentation of that testimony may be used in lieu of an additional appearance by the witness.

Dated:  October 8, 2008

          /s/  Carl M. Faller\_\_\_\_\_
          CARL M. FALLER
          Attorney for Defendant

          McGREGOR W. SCOTT
          United States Attorney

By   /s/ Karen A. Escobar\_\_\_\_\_
     KAREN A. ESCOBAR
     Assistant U.S. Attorney
     Attorney for the United States

ORDER:

Based upon the stipulation of the parties and good cause appearing, it is hereby ORDERED that the sentencing hearing for Kendra Christine Snow, currently set for October 10, 2008, at 9:00 am, be continued to October 31, 2008, at 9:00 am.

DATED:  October 8, 2008

     \_\_/s/ Lawrence J. O'Neill_____
     LAWRENCE. J. O'NEILL
     United States District Judge